417 A.2d 768

Commonwealth v. Lewis, Appellant.

Submitted September 15, 1978. Leo R. Zamparelli, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

417 A.2d 768

Commonwealth v. Mercado, Appellant.

Submitted March 12, 1979. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.